# Court of Appeals
# of the State of Georgia

ATLANTA, _January 11, 2024_

*The Court of Appeals hereby passes the following order:*

**A24A0598. FRANK ANTHONY JAWORSKI v. THE STATE.**

Following a December 2021 jury trial, Frank Anthony Jaworski was convicted of two counts of aggravated child molestation and one count of aggravated sexual battery. On July 31, 2023, the trial court entered an order denying Jaworski's motion for a new trial.[1] Jaworski filed a direct appeal from the trial court's order on September 1, 2023. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Redford v. State*, 357 Ga. App. 247, 250 (850 SE2d 447) (2020). Jaworski's notice of appeal is untimely, as it was filed 32 days after entry of the final judgment.

Given our lack of jurisdiction, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _01/11/2024_

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, *Clerk.*

---

[1] In its order, the trial court found that an error in sentencing had occurred. On August 11, 2023, the court entered a new sentence, nunc pro tunc to December 21, 2021.